## AMERICAN STATES INSURANCE COMPANY *v.* ALLSTATE INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 94 Conn. App. 79 (AC 25913), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that Florida law governed the interpretation of the automobile liability policy issued by the defendant?"

The Supreme Court docket number is SC 17651.

*John W. Lemega* and *Aubrey E. Ruta*, in support of the petition.

*William J. Melley III*, in opposition.

Decided April 12, 2006